FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 22 2014

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.      CASE NO 4:14CR00114-09 DPM

Brandy Waynett Clark

### CLERK MINUTE

DATE: 10/22/2014
HEARING TYPE: Bond Revocation Hearing
BEFORE U. S. MAGISTRATE JUDGE J. THOMAS RAY
LITTLE ROCK, ARKANSAS
COURTROOM #1C

ASSISTANT U. S. ATTORNEY: Benecia Moore
DEFENSE COUNSEL: Joe Perry
U. S. PROBATION OFFICER: Bryce Seigler

COURT BEGAN: 11:00 A.M. — 11:20 A.M. recess — 11:40 A.M.

Direct-Exam of Gov't Wit I; Cross-Exam of Gov't Wit I; Re-Direct-Exam of Gov't Wit I; Court in recess. Court resumed; Court questions. Continued Re-Direct. D-1 marked and introduced into evidence without objection. Gov't rests. Direct-Exam of Dft Wit I; D-2 marked for Identification purposes only; Cross-Exam of Dft Wit I; Government after hearing the testimony that not object to Ms. Clark to return to drug rehab. Gov't motion to Revoke withdrawn. Defendant will remain on same conditions.

COURT ADJOURNED: 12:20 p.m.

ECRO/CRD: Kathy Swanson